UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00059 |
| v. | ) | |
| | ) | |
| JASON GLYNN | ) | |

**ORDER**

This matter comes before the Court on the United States' Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service ("USMS") to permit the USMS to perform its statutorily-authorized duties; and (b) may be provided by the United States to the defendant or the defendant's counsel after the defendant is arrested.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve the Indictment only on counsel for the United States.

Dated: March 28th, 2013