UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:13-00059 |
| | ) | JUDGE SHARP |
| JASON GLYNN | ) | |

## O R D E R

Pending before the Court is the Government's Motion to Set Status Conference (Docket No. 57).

The motion is GRANTED and a status conference in this matter is hereby scheduled for Monday, March 9, 2015, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE