UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00059 |
| | ) | Judge Sharp |
| JASON GLYNN | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) Defendant's Motion for Judgment of Acquittal (Docket No. 137) is DENIED;

(2) The Court DEFERS ruling on Defendant's Motion for New Trial (Docket No. 136), and a hearing on that Motion is scheduled for Tuesday, November 8, 2016, at 10:30 a.m. ;

(3) The Government's Motion to Strike is DENIED AS MOOT; and

(4) The Government's Motion to Set Sentencing Hearing (Docket No. 155) is DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE