UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00059 |
| | ) | Judge Sharp |
| JASON GLYNN | ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) The Government's "Motion to Strike Surplusage in the Indictment" (Docket No. 166) is hereby GRANTED, unless Defendant insists that the entire Indictment either be read or provided to the jury;

(2) Defendant's "Motion to Dismiss Remaining Counts of Indictment With Prejudice for Violation of Defendant's Speedy Trial Rights" (Docket No. 169) is hereby DENIED; and

(3) Defendant's "Motion to Dismiss Remaining Counts of Indictment With Prejudice for Violation of Double Jeopardy Clause" (Docket No. 170) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE