# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

JASON GLYNN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:13-cr-00059-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

MATTHEW F. LEITMAN     U.S. DISTRICT
Name of Judge     Title of Judge

8/21/2018
Date